# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5096**                                    **September Term, 2022**

**1:21-cv-02581-UNA**

**Filed On:** September 13, 2022

David Hall Crum,

        Appellant

    v.

Ronna Lee Beck, Judge, et al.,

        Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:** Henderson and Pillard, Circuit Judges, and Sentelle, Senior Circuit Judge

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and statement of issues filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed on March 28, 2022 be affirmed. Appellant has not shown any error based on the district court's dismissal for failure to comply with Federal Rule of Civil Procedure 8(a). See SEC v. Banner Fund Int'l, 211 F.3d 602, 613 (D.C. Cir. 2000) (the court need not consider "asserted but unanalyzed" arguments) (internal quotation marks and citation omitted); Jones v. Kirchner, 835 F.3d 74, 79 (D.C. Cir. 2016) (Rule 8 requires the pleadings to "give the defendants fair notice of what the claim is and the grounds upon which it rests"). Nor has appellant shown any error in the district court's conclusion that the judicial and prosecutorial defendants are entitled to immunity from any purported claim for damages. See Sindram v. Suda, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam) (applying judicial immunity in damages suit against D.C. Superior Court judges); Atherton v. D.C. Office of Mayor, 567 F.3d 672, 686 (D.C. Cir. 2009) ("prosecutors are entitled to absolute immunity for conduct intimately associated with the judicial phase of the criminal process") (internal quotation marks and citation omitted).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.


**Per Curiam**


                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

              BY:    /s/
                     Daniel J. Reidy
                     Deputy Clerk